# Court of Appeals
# of the State of Georgia

ATLANTA,   April 04, 2014

*The Court of Appeals hereby passes the following order:*

## A14A1067. HARRIS v. TUCKER.

Gary Harris sued Robbie Tucker in magistrate court. Following an adverse ruling, Harris appealed to the Superior Court of Monroe County. After Harris failed to appear at the scheduled hearing, the superior court dismissed his complaint without prejudice. Harris filed a direct appeal to this Court. However, we lack jurisdiction to consider his appeal.

Because the order at issue disposes of a de novo appeal from a magistrate court decision, Harris was required to follow the discretionary appeal procedures, pursuant to OCGA § 5-6-35 (a) (1). See *English v. Delbridge*, 216 Ga. App. 366, 367 (454 SE2d 175) (1995). His failure to do so deprives this Court of jurisdiction over this appeal. Consequently, this appeal is hereby DISMISSED.

Pursuant to that dismissal, we also DENY Harris' motion to remand this case and DENY as MOOT Tucker's motion to dismiss.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 04/04/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*